**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

**HANNIBAL IP, LLC**
**Plaintiff,**

**vs.**

**APPLE INC.,**
**Defendant.**

**Civil Action No. 7:26-CV-00341**

**JURY TRIAL DEMANDED**

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be granted. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.

IT IS FURTHER ORDERED that Defendant Apple Inc. shall have up to and including October 21, 2026, to respond to Plaintiff's Complaint.

SIGNED this ______ day of ________________, 2026.

______________________________
DAVID COUNTS
UNITED STATES DISTRICT JUDGE