**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

HANNIBAL IP, LLC,

*Plaintiff*,

v.

APPLE INC.,

*Defendant*.

Case No. 7:26-cv-00341-DC

**NOTICE OF APPEARANCE**

Notice is hereby given that Kara A. Specht of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP enters her appearance in this matter for Defendant Apple Inc. and consents to electronic service of all papers in this action.

Kara A. Specht may receive all communications from the Court and from other parties at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 271 17th Street, NW, Suite 1400, Atlanta, Georgia 30363-6209; Telephone: (404) 653-6400; Facsimile: (404) 653-6444; e-mail: kara.specht@finnegan.com.

Date: November 19, 2026

Respectfully submitted,

*/s/ Kara A. Specht*

Kara A. Specht (GA Bar No. 881687)
kara.specht@finnegan.com
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
271 17th Street, NW, Suite 1400
Atlanta, GA 30363-6209
Tel: 404-653-6400 / Fax: 404-653-6444

***Attorney for Defendant Apple Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed and received by all counsel of record using the Court's CM/ECF system on November 19, 2026.

*/s/ Kara A. Specht*
Kara A. Specht