**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| HANNIBAL IP, LLC,<br>*Plaintiff*,<br>v.<br>APPLE INC.,<br>*Defendant*. | Case No. 7:26-cv-00341-DC |

**NOTICE OF APPEARANCE**

Notice is hereby given that Christian J. Hurt of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP enters his appearance in this matter for Defendant Apple Inc. and consents to electronic service of all papers in this action.

Christian J. Hurt may receive all communications from the Court and from other parties at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 2501 N. Harwood Street, 12th Floor, Dallas, TX 75201; Telephone: (945) 788-5408; Facsimile: (945) 788-5711; e-mail: christian.hurt@finnegan.com.

Date: November 19, 2026

Respectfully submitted,

*/s/ Christian J. Hurt*

Christian J. Hurt (TX Bar No. 24059987)
christian.hurt@finnegan.com
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
2501 N. Harwood Street, 12th Floor,
Dallas, TX 75201
Tel: 945-788-5408 / Fax: 945-788-5711

***Attorney for Defendant Apple Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed and received by all counsel of record using the Court's CM/ECF system on November 19, 2026.

*/s/ Christian J. Hurt*
Christian J. Hurt